```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12057
   RICHARD CLAY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-9672


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/25/2006 and was confirmed 12/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
GMAC MORTGAGE                CURRENT MORTG   28123.15            .00        28123.15
GMAC MORTGAGE                MORTGAGE ARRE   25762.91            .00         6131.54
ROUNDUP FUNDING LLC          UNSECURED         237.69            .00             .00
INTERNAL REVENUE SERVICE     UNSECURED          53.34            .00             .00
FORD MOTOR CREDIT            SECURED VEHIC   19404.94        1717.03        11223.31
FORD MOTOR CREDIT            UNSECURED       NOT FILED           .00             .00
INTERNAL REVENUE SERVICE     PRIORITY         4622.21            .00             .00
ROUNDUP FUNDING LLC          UNSECURED        4135.83            .00             .00
BLUE ISLAND PATHOLOGY        UNSECURED       NOT FILED           .00             .00
SMC                          UNSECURED        2093.32            .00             .00
DELL FINANCIAL SERVICES      UNSECURED       NOT FILED           .00             .00
HEIGHTS AUTO WORKERS C U     UNSECURED        1172.72            .00             .00
CREDITORS RESOURCE SERVI     NOTICE ONLY     NOT FILED           .00             .00
MIDWEST DIAGNOSTIC PATHO     NOTICE ONLY     NOT FILED           .00             .00
PRONGER SMITH MEDICARE       UNSECURED         890.00            .00             .00
PORTFOLIO RECOVERY ASSOC     UNSECURED        1903.23            .00             .00
ROUNDUP FUNDING LLC          UNSECURED         433.91            .00             .00
UNION PLUS CREDIT CARD       UNSECURED       NOT FILED           .00             .00
INGALLS MEMORIAL HOSPITA     UNSECURED       NOT FILED           .00             .00
SULLIVAN URGENT AID          UNSECURED       NOT FILED           .00             .00
UAW FORD LEGAL SERVICE P     DEBTOR ATTY          .00                            .00
TOM VAUGHN                   TRUSTEE                                        3,300.16
DEBTOR REFUND                REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 50,495.19

PRIORITY                                          .00
SECURED                                     45,478.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12057 RICHARD CLAY
```

```
    INTEREST                                                 1,717.03
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                         3,300.16
DEBTOR REFUND                                                     .00
                                    ----------------  ----------------
TOTALS                                     50,495.19         50,495.19
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 01/27/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 06 B 12057 RICHARD CLAY